UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MATTHEW B. CRAMER, | No. 2:19-cv-2481 JAM AC P |
| Plaintiff, | |
| v. | <u>ORDER</u> |
| JEFF LYNCH, et al., | |
| Defendants. | |

    Plaintiff, a state prisoner proceeding pro se, filed this lawsuit in the Sacramento County Superior Court. Defendants Lynch and Jubb appeared and removed the matter to this Court pursuant to 28 U.S.C. § 1441. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

    On October 14, 2021, after the time for all parties to file responses to the Court's order to show cause why this matter should not be remanded to state court for lack of federal subject matter jurisdiction had passed, the magistrate judge issued findings and recommendations herein which were served on all parties, and which contained notice to them that any objections to the findings and recommendations were to be filed within fourteen days. <u>See</u> ECF No. 13. No party to this action has filed objections.

    Although it appears from the file that Plaintiff's copy of the order was returned to the Court as undeliverable, Plaintiff was properly served. It is the Plaintiff's responsibility to keep

1

the Court apprised of his current address at all times.  Pursuant to Local Rule 182(f), service of documents at the record address of the party is fully effective.  In addition, the sixty-three-day period within which to file a change of address after served documents have been returned to the Court has expired.  See Local Rule 183(b).

The Court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis.  Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations issued October 14, 2021 (ECF No. 13), are ADOPTED in full;

2. This action is REMANDED to the Sacramento County Superior Court for lack of federal question removal jurisdiction, and

3. This case is CLOSED.

Dated:  February 11, 2022

/s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
UNITED STATES DISTRICT COURT JUDGE